**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-2283**

—————————

EMMANUEL J. DEMESME, JR.,

                                    Plaintiff - Appellant,

      versus

MONTGOMERY COUNTY GOVERNMENT,

                                  Defendant - Appellee,

      and

CAROLYN BIGGINS; GRAHAM J. NORTON,

                                        Defendants.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Benson E. Legg, District Judge. (CA-97-
1112-L)

—————————

Submitted: February 8, 2000        Decided: March 14, 2000

—————————

Before MURNAGHAN and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Eric Steele, Michael C. Watson, LAW OFFICES OF ERIC STEELE, Wash-
ington, D.C., for Appellant. Charles W. Thompson, Jr., County At-
torney, Karen L. Federman Henry, Principal Counsel for Appeals,
Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emmanuel J. DeMesme, Jr. appeals the district court's order granting summary judgment to Montgomery County on DeMesme's 42 U.S.C.A. § 1983 (West Supp. 1999) claim alleging due process violations and employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. DeMesme failed to present evidence to support his allegations that Montgomery County violated his substantive due process rights. See County of Sacramento v. Lewis, 523 U.S. 833 (1998). DeMesme also failed to present evidence to support a prima facie case of employment discrimination. See St. Mary's Honor Ctr. v. Hicks, 509 U.S. 502, 506 (1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2